KEITH H. RUTMAN (CSB #144175)
402 West Broadway, Suite 1650
San Diego, California 92101-8534
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff

ADAM GORDON
United States Attorney
SHITAL THAKKAR
Illinois Bar No. 6273151
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8785
Fax: (619) 546-7751
Email: Shital.Thakkar@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Linda Lopez)

| | |
|---|---|
| GREGORY MOE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | ) CASE NO. 26-CV-2418-LL (VET)<br>)<br>) JOINT MOTION TO EXTEND TIME<br>) TO FILE OPPOSITION (AND<br>) REPLY) TO DEFENDANT'S<br>) MOTION TO DISMISS (FRCP<br>) 12(b)(1) & (6)<br>)<br>) Date: August 25, 2026<br>)<br>) PER CHAMBERS RULES, NO ORAL<br>) ARGUMENT UNLESS<br>) SEPARATELY ORDERED BY THE<br>) COURT |

The parties to the instant case, by and through their attorneys, hereby jointly

22-CV-0373

1

move the Court to extend the time to file an Opposition (and Reply) to Defendant's FRCP 12(b)(1) & (6) Motion to Dismiss (Doc. 7, filed 07/21/26), currently due on August 11, 2026 (and August 18, 2026), with a pending submission date set for August 25, 2026.

This motion is made on the grounds that Plaintiff's counsel Keith H. Rutman is currently in trial in Superior Court for the next 3 weeks or so on an extortion and conspiracy to commit murder case involving an accused Mexican Mafia leader in People v. Frank Madriaga, SCD306291 and needs more time to research and prepare the opposition. Plaintiff's counsel Keith H. Rutman is currently scheduled to start a weeklong murder trial in El Cajon Superior Court on August 31, 2026. People v. Manuel Aparicio, SCE431798.

The opposition will be filed on September 16, 2026 and the optional reply is due on September 23, 2026. This would translate to a new submission date of September 30, 2026.

Dated: August 5, 2026

KEITH H. RUTMAN
Attorney for Plaintiff

Dated: August 5, 2026

ADAM GORDON
United States Attorney

s/ *Shital Thakkar*
SHITAL THAKKAR
Assistant United States Attorney
Attorneys for United States of America

**SIGNATURE CERTIFICATION**

Pursuant to § 2(f) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained

22-CV-0373

authorization for the electronic signatures of all parties on the document.

Dated: August 5, 2026             s/ *Keith H. Rutman*
                                             KEITH H. RUTMAN
                                             Attorney for Plaintiff

22-CV-0373